# EXHIBIT C



| | |
|---|---|
| ASSIGNMENT OF NOTE AND DEED OF TRUST | BDFTE No.: 20090031412411<br>Investor/Loan Type: Conventional |

Date of Assignment: Effective September 22, 2009

Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER AND LENDERS SUCCESSORS AND ASSIGNS

Assignee: BAC HOME LOANS SERVICING, LP FORMERLY KNOWN AS COUNTRYWIDE HOME LOANS SERVICING LP

LT1-81-20090224840-1

Assignee's Mailing Address: (including county)
7105 CORPORATE DRIVE
PTX-B-35
PLANO, TX 75024

NOTE and DEED OF TRUST--

Maker/Grantor: RICHARD JOHN KREWAY

Date: November 09, 2007

Original Amount: $ 1,275,000.00

Payee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER AND LENDERS SUCCESSORS AND ASSIGNS

Trustee: G. TOMMY BASTIAN

LT2-14260-1875-3

Recording Information: (including county)
VOLUME 13215, PAGE 1900
(BEXAR)

Property (including any improvements) Subject to Deed of Trust:

LOT 92, BLOCK 2, SUMMERGLEN UNIT 1A (PLANNED UNIT DEVELOPMENT), BEXAR COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN VOLUME 9550, PAGE 191, DEED AND PLAT RECORDS, BEXAR COUNTY, TEXAS.

After Recording Return To:
Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Blvd., Suite 100
Addison, TX 75001
Attn: NDeX Title Services, LLC

ASSG20090031412411

ASGNDOT.rpt - (04/24/08) / Ver-05                                                Page 1 of 2

ASSIGNMENT OF NOTE  
AND DEED OF TRUST

BDFTE No.: 20090031412411  
Investor/Loan Type: Conventional

WHEREAS, on the date of assignment indicated above, for value received, Holder of the Note and Deed of Trust transferred and assigned each to Assignee, and warranted that the lien was valid against the property in the priority indicated; and

WHEREAS, the Holder of the Note and Deed of Trust and the Assignee desire to evidence and memorialize such transfer and assignment and warranty by this document;

NOW THEREFORE, for value received Holder of the Note and Deed of Trust does hereby evidence and memorialize its transfer and assignment of the Note and Deed of Trust to Assignee on the date of assignment indicated above.

When the context requires, singular nouns and pronouns include the plural.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER AND LENDERS SUCCESSORS AND ASSIGNS

BY: _____  
ITS: _____Stephen C. Porter, Assistant Secretary_____

CORPORATE ACKNOWLEDGMENT

State of _____Texas_____ §  
County of _____Dallas_____ §

Before me, the undersigned Notary Public, on this day personally appeared Stephen C. Porter, who is the Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER AND LENDERS SUCCESSORS AND ASSIGNS, a corporation, on behalf of said corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _____ day of **NOV 1 1 2009**_____, 2009.

My Commission Expires:                Notary Public Signature

_____    _____
                                    Printed Name of Notary Public

PREPARED BY AND AFTER RECORDING RETURN TO: BDFTE, L.L.P  
15000 Surveyor Boulevard, Suite 100, Addison, Texas 75001

ASGNDOT.rpt - (04/24/08) / Ver-05



NAOMI B. SCOTT  
Notary Public  
State of Texas  
My Comm Exp. 03-13-2010

Page 2 of 2

```
Doc# 20090224840 Fees: $24.00
11/19/2009   11:28AM # Pages 3
Filed & Recorded in the Official Public
Records of  BEXAR COUNTY
GERARD RICKHOFF COUNTY CLERK
```

Any provision herein which restricts the sale, or use of the described real property because of race is invalid and unenforceable under Federal law
STATE OF TEXAS, COUNTY OF BEXAR
I hereby Certify that this Instrument was FILED in File Number Sequence on this date and at the time stamped hereon by me and was duly RECORDED in the Official Public Record of Real Property of Bexar County, Texas on:

**NOV 1 9 2009**

COUNTY CLERK BEXAR COUNTY, TEXAS