# EXHIBIT D

This space for Recorder's use

## ASSIGNMENT OF DEED OF TRUST



DocID# REDACTED 389412105

Property Address:
**24811 PARVIEW CIR**
**San Antonio, TX 78258**
TX0-ADT 13807025        4/27/2011

Recording Requested By:
**Bank of America**
Prepared By:
**Cecilia Rodriguez**
**888-603-9011**
**450 E. Boundary St.**
**Chapin, SC 29036**

When recorded mail to:
**CoreLogic**
**450 E. Boundary St.**
**Attn: Release Dept.**
**Chapin, SC 29036**

MIN #: 1001337-0002657188-8        MERS Phone #: 888-679-6377

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is **3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474** does hereby grant, sell, assign, transfer and convey unto **BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP** whose address is **BAC CORP OWNED ASSET, SIMI VALLEY, CA 93065** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

Original Lender:        **COUNTRYWIDE BANK, F.S.B.**
Borrower(s):            **RICHARD JOHN KREWAY, AN UNMARRIED MAN**
Original Trustee:       **G. TOMMY BASTIAN**
Date of Deed of Trust:  **11/9/2007**
Original Loan Amount:   **$1,275,000.00**

Recorded in **Bexar County, TX** on: **11/13/2007**, book N/A, page N/A and instrument number 20070266307

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on 4/27/11

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Bud Kamyabi, Assistant Secretary

State of **California**
County of **Ventura**

On APRIL 27, 2011 before me, **Irma Diaz**, Notary Public, personally appeared **Bud Kamyabi**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person (s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public: Irma Diaz        (Seal)
My Commission Expires: 9/13/2014

IRMA DIAZ
Commission # 1903988
Notary Public - California
Ventura County
My Comm. Expires Sep 13, 2014

```
Doc# 20110072494
# Pages 2
04/28/2011    15:15:17 PM
e-Filed & e-Recorded in the
Official Public Records of
BEXAR COUNTY
GERARD RICKHOFF COUNTY CLERK

Fees 16.00
```

```
STATE OF TEXAS
COUNTY OF BEXAR
This is to Certify that this document
was e-FILED and e-RECORDED in the Official
Public Records of Bexar County, Texas
on this date and time stamped thereon.
04/28/2011   15:15:17 PM
COUNTY CLERK, BEXAR COUNTY TEXAS
```

